# First District Court of Appeal
## State of Florida

———————————————

No. 1D2024-2063

———————————————

Barbara and Roger Ogram,

Appellants,

v.

Rebecca Duffy and Craig
Duffy,

Appellees.

———————————————

On appeal from the County Court for Bay County.
E. William Dyer, Judge.

November 17, 2025

Per Curiam.

Affirmed.

Osterhaus, C.J., and Kelsey and M.K. Thomas, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jonathan Hayes and Nicholas Caron, Ausley McMullen, Tallahassee, for Appellants.

Tristan LaNasa, Daniel S. Rosenheim, and Gregory J. Philo, Burke Blue, Panama City Beach, for Appellees.